02-12-436-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00436-CR

 

 


 
 
 Melissa
 Lynn Molina
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 297th District
 Court
  
 of
 Tarrant County (1293345W)
  
 December
 6, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00436-CR

 

 


 
 
 Melissa Lynn Molina
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 297th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Pursuant
to a plea bargain, Appellant Melissa Lynn Molina pled guilty to the state jail
felony of theft, and the trial court convicted her of that offense and
sentenced her to six months’ confinement.  Appellant filed a timely notice of
appeal.

The
trial court’s certification states that this is a plea-bargained case and that
Appellant has no right of appeal.  Accordingly, we informed Appellant by letter
on September 19, 2012, that this case was subject to dismissal unless Appellant
or any party showed grounds for continuing the appeal on or before Monday, October
1, 2012.[2] 
Appellant did not respond.  We therefore dismiss this appeal.[3]

 

PER CURIAM

 

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  December 6, 2012









[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P.
25.2(a)(2), 25.2(d).





[3]See Tex. R. App. P.
25.2(d), 43.2(f).